denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–5415. KRAVCHUK v. UNITED STATES. C. A. 10th Cir. Motion of National Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 03–5587. MORGAN v. TENNESSEE DEPARTMENT OF CORRECTION ET AL. C. A. 6th Cir. Certiorari before judgment denied.

No. 03–5679. MEYER v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Cumberland County, N. C. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 03–6059. MCKENNA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–1565. SWARTZ v. PATENT AND TRADEMARK OFFICE, BOARD OF PATENT APPEALS AND INTERFERENCES, 539 U. S. 916;

No. 02–9500. NELMS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 538 U. S. 1038;

No. 02–9578. IN RE RIVAS, 538 U. S. 1030;

No. 02–9687. HAILEY v. TEXAS, 538 U. S. 1060;

No. 02–9708. CADOGAN v. LAVIGNE, WARDEN, ET AL., 538 U. S. 1060;

No. 02–10190. PANKOV v. PRECISION INTERCONNECT, A DIVISION OF LUDLOW CO., LP, 539 U. S. 931;

No. 02–10290. WIEDERHOLD v. UNITED STATES (two judgments), 538 U. S. 1065;

No. 02–10426. MOORE ET AL. v. JOHNSON, GOVERNOR OF NEW MEXICO, ET AL., 539 U. S. 963;

No. 02–10461. HARVEY v. WARD, WARDEN, 539 U. S. 948;

No. 02–10507. VINNIE v. MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, 539 U. S. 964;

No. 02–10576. LAIR v. HORN ET AL., 539 U. S. 965; and

No. 02–10765. WILLIAMSON v. UNITED STATES, 539 U. S. 951. Petitions for rehearing denied.